UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                    :

HILLSIDE LOUNGE INC.,
                                    :

                    Petitioner,      :        25-CV-10239 (JMF)
                                    :

          -v-                    :          ORDER
                                    :

BROADCAST MUSIC INC.,
                                    :

                    Respondent.    :

-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Petition in this case was filed with the Court on December 10, 2025, *see* ECF No. 1, but the docket does not reflect that the Petition has been served on Respondent. In view of that and the lack of an appearance by Respondent, the initial pretrial conference currently scheduled for March 12, 2026, *see* ECF No. 7, is ADJOURNED to **April 16, 2026.**

       Petitioner is reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve the defendant with the summons and complaint within 90 days, absent good cause. If Petitioner believes that Respondent has been served, Petitioner shall promptly communicate with the Court, in writing, when and in what manner such service was made. If not, Petitioner shall promptly file proof of service after service is made.

       Finally, Petitioner is directed (1) to notify Respondent's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court **within three business days**. If unaware of the identity of counsel for Respondent, counsel receiving this order must forthwith send a copy of this Order to that party personally.

       SO ORDERED.

Dated:  March 2, 2026
        New York, New York                     JESSE M. FURMAN
                                          United States District Judge